Opinion issued January 17, 2008














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00891-CR

____________


SHANMUGAM KUMAR, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 14 

Harris County, Texas

Trial Court Cause No. 1425582






MEMORANDUM OPINION

 Appellant, Shanmugam Kumar, has filed a motion to dismiss this appeal. The
motion complies with the Texas Rules of Appellate Procedure. See Tex. R. App. P.
42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).